JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MODERN FONT APPLICATIONS LLC,<br><br>Plaintiff,<br><br>vs.<br><br>EL POLLO LOCO, INC.,<br><br>Defendant. | Case No. 8:19-cv-01699 – MWF (KESx)<br>Hon. Michael W. Fitzgerald<br><br>**ORDER GRANTING DISMISSAL *WITH PREJUDICE* PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Complaint filed: September 5, 2019 |

Bryan Cave Leighton Paisner LLP
3161 MICHELSON DRIVE, SUITE 1500
Irvine, California 92612-4414

1  Upon consideration of the parties' Stipulation for Dismissal **with Prejudice**
2  pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
3  and finding good cause exists for granting the dismissal **with prejudice**, the Court
4  hereby **GRANTS** the stipulation and **ORDERS** that the above-captioned matter,
5  including all claims, defenses, and counterclaims, is dismissed in its entirety **with**
6  **prejudice**, with each side to bear its own fees and costs.

**SO ORDERED.**

Dated: May 15, 2020

_____
Michael W. Fitzgerald
UNITED STATES DISTRICT JUDGE

*Bryan Cave Leighton Paisner LLP*
*3161 MICHELSON DRIVE, SUITE 1500*
*Irvine, California 92612-4414*

**Error! Unknown document property name.**       1

[PROPOSED] ORDER GRANTING DISMISSAL
WITH PREJUDICE